| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1 | 225 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 01/14/2008 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | b. TELEPHONE NUMBER (No collect calls) | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|
| | Alexandra Rajkowski-Reyes | 215-521-7654 | |

| 9. ISSUED BY | CODE ICE/FPS/EAST | 10. THIS ACQUISITION IS |
|---|---|---|

ICE/FPS/East CCG/Region 1
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
701 Market Street, Suite 4200
Philadelphia PA 19106

[X] UNRESTRICTED OR  [ ] SET ASIDE:  % FOR:
[ ] SMALL BUSINESS  [ ] EMERGING SMALL BUSINESS
NAICS: [redacted]
[ ] HUBZONE SMALL BUSINESS
SIZE STANDARD: $17.0
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS  [ ] 8(A)

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| [ ] SEE SCHEDULE | As Indicated On Each Call | | 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [ ] RFP |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE ICE/FPS/EAST C |
|---|---|---|---|
| As Indicated On Each Call | | ICE/FPS/East CCG/Region 1 Immigration and Customs Enforcement Ofc of Acquisition Management - FPS 701 Market Street, Suite 4200 Attn: Alexandra Rajkowski-Reyes Philadelphia PA 19106 | |

| 17a. CONTRACTOR/OFFEROR | CODE 0380495320000 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|---|
| MVM, INC 1593 SPRING HILL ROAD, SUITE 700 VIENNA VA 221822249 | | | As Indicated On Each Call | |

TELEPHONE NO.

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | GSA Contract #: [redacted] 1. The Contractor shall furnish professional security services, defined by this Blanket Purchasing Agreement (BPA) as Guard II services and related duties, at federally owned and leased facilities protected by the Federal Protective Service in the States of Massachusetts, New Hampshire, Vermont, and Maine. In furnishing these services, the Contractor shall provide all necessary management, supervision, personnel, materials, supplies and equipment except as | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|
| As Indicated On Each Call | $0.00 |

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[X] 29. AWARD OF CONTRACT REF. ___quote___ OFFER DATED 03/21/2008. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| | |
| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) | 31c. DATE SIGNED |
| | | Anne Tarves | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

Guard Services Requirements

Table of Contents

| | | |
|---|---|---|
| I. | Statement of Work | |
| 1 | Introduction | |
| 1.1 | Use of Acronyms | |
| 1.2 | General Information | |
| 1.3 | Information Regarding FPS | |
| | | |
| 2 | Transition | |
| 2.1 | Conferences and meetings | |
| | | |
| 3 | Authority and Jurisdiction, Permits, Licenses and Adherence to Laws | |
| | | |
| 4 | Qualifications of Personnel | |
| 4.1 | General Qualifications | |
| | | |
| 5 | Quality Control | |
| 5.1 | Contractor Provided Quality Control | |
| 5.2 | Government Provided Quality Control | |
| | | |
| 6 | Services Required – Non-Supervisory Security Guards | |
| 6.1 | Order of Precedence | |
| 6.2 | Security Guard Post Assignment Record | |
| 6.3 | Typical Duties | |
| 6.3-1 | Access/Egress Posts | |
| 6.3-2 | Roving Posts | |
| 6.3-3 | Traffic Control | |
| 6-3-4 | Receipt, Use, and Safekeeping of Keys | |
| 6.3-5 | Security and Fire Systems | |
| 6.3-6 | Utility Systems | |
| 6.3-7 | Building Rules and Regulations | |
| 6.3-8 | Physical Security, Law and Order | |
| 6.3-9 | Unauthorized Access | |
| 6.3-10 | Hazardous Conditions | |
| 6.3-11 | Response to injury or Illness | |
| 6.3-12 | Additional Duties | |
| 6.3-13 | Reports, Records and Testimony | |
| 6.3-14 | Civil Disturbances | |
| 6.3-15 | Emergencies | |
| 6.3-16 | Primary Security Response | |
| 6.4 | Contract Security Guard Duty Register (DHS 139) | |
| | | |
| 7 | Key Personnel | |
| 7.1 | Contract Manager | |
| 7.2 | Supervisor | |

| | |
|---|---|
| 8 | Work Scheduling Procedures |
| 9 | Contract Guard Labor Category |
| 10 | Contract Effort Required |
| 10.1 | Contract effort Required – Productive Hours |
| 10.2 | Contract Effort Required – Supervisory Hours |
| 10.3 | Contract Effort Required – Reserve Security Guard Force |
| 11 | Training |
| 11.1 | General |
| 11.2 | Training requirements by Position |
| 11.2.1 | Security Guards |
| 11.2.2 | Supervisors |
| 11.3 | Written Examination |
| 11.4 | Weapons Training and Qualifications |
| 11.4-1 | Annual Firearms Re-Qualification |
| 11.5 | Minimum Age for Firearms Licensing |
| 11.6 | FPS Specific Training |
| 11.7 | Government Provided Magnetometer / X-ray Training |
| 11.8 | CPR / AED / First Aid Training |
| 11.9 | Other Special Training |
| 11.10 | Training of Replacement Employees |
| 11.11 | Schedule of Provided Training and Testing |
| 11.12 | Government Provided Training – Failure to Attend |
| 11.13 | Training Waivers |
| 12 | Medical and Physical Qualifications |
| 12.1 | General |
| 12.2 | Medical Standards |
| 12.3 | Physical Demands |
| 12.4 | Initial and Recurring Screening for Illegal Drugs |
| 12.5 | Government Requested Screening |
| 13 | Conduct of Contractor Personnel |
| 14 | Contract Employee Reinstatements |
| 15 | Government and Contractor Provided Property |
| 15.1 | Government Furnished Property General Information |
| 15.1-1 | Use of Government Property |
| 15.1-2 | Accountability of Government Property |
| 15.1-3 | Safeguarding Government Property |
| 15.2 | Contractor Furnished Property |
| 15.2-1 | Contractor Furnished Property General Information |

| | | |
|---|---|---|
| 15.2-2 | Equipment | |
| 15.2-3 | Uniforms | |
| 15.2-4 | Supplementary Equipment | |
| | | |
| 16 | Regulations, Handbooks and Other Applicable Documents | |
| | | |
| 17 | Security Guard Certification / Security Requirements | |
| 17-1 | General | |
| 17.2 | Security Management | |
| 17.3 | Suitability Determination / Enter on Duty Decision | |
| 17.4 | Suitability Adjudication | |
| | | |
| 18 | Security Clearance Requirements | |
| 18.1 | Background Investigations | |
| 18.2 | Access to Classified Information (Contractor) | |
| 18.3 | Continued Eligibility | |
| | | |
| 19 | Contractor's Personnel Filing System | |
| | | |
| 20 | Performance Evaluations | |

II. Schedule of Services & Clauses

III. Exhibits

IV. Wage Determinations

D. Failure by the Contractor to obtain all required licenses as of the Contract start date will be grounds for termination for default.

E. The Contractor must pay all costs and fees associated with applying for, receiving, and maintaining all such permits and licenses throughout the term of the Contract. The costs associated with this requirement must be factored into the Contractor's hourly rate, as they will not be itemized or paid for separately by the Government.

F. Where Contract employees are required by law to individually apply for licenses and/or permits, and a fee is required by the licensing agency, the Contractor shall reimburse the employee for all costs and fees associated with obtaining the required license/permit.

G. Armed security guards shall carry their firearm license/permits (and, where legally required, their concealed weapons permits) on their person while on duty, unless local or state law requires the Contractor to maintain the records. Failure by an armed security guard to carry a valid firearm certificate or permit while on duty shall result in the security guard being removed from the armed post until the certificate or permit is obtained.

H. All armed guards shall carry permit or proper state certification to carry weapons off site. Guards must have the ability to travel to and from their duty station with their weapons

I. The CO, COTR and all other authorized Government personnel shall have the express authority to examine these documents upon request, at any time, during the duration of this Contract.

J. Failure by the Contractor to maintain valid licenses and permits will be cause for the Government to take Contractual actions, up to and including termination for default.

## 4  Qualifications of Personnel

### 4.1  General Qualifications

A. The Contractor shall not employ illegal or undocumented aliens as guards for this contract. The Contractor shall expressly incorporate this provision into all subcontracts or subordinate agreements issued in support of this contract.

B. To be eligible to perform under this Contract, all uniformed Contract employees must meet, to the satisfaction of the CO and COTR, the following requirements:

1. Be a citizen of the United States of America. The COTR may approve Lawful Permanent Residents who are currently members of the U.S. armed services (Reserves or National Guard) or who possess an Honorable Discharge from a U.S. Military component.

2. Have a Social Security Card issued and approved by the Social Security Administration.

administered written examination. This exam will test their employees' familiarity with and understanding of the information contained in the SGIM. The test has 50 multiple-choice questions. All of the questions on the test are taken verbatim from the SGIM. The passing score for the examination is 70% (35 questions correct out of 50 possible questions).

B. If a Contract employee does not pass the examination on the first attempt, s/he will be given one additional attempt within 90 days from the date of the first failed attempt to pass the written examination. If the Contract employee fails after the second attempt, s/he must wait one (1) year to re-train and re-take the examination and will not be permitted to work under any FPS Contract during that one-year waiting period. If a Contract employee fails the examination on the first attempt, but waits longer than 90 days to re-attempt the examination, s/he must wait one (1) year to re-train and re-take the examination and will not be permitted to work under any FPS Contract during that one-year waiting period. After the one (1) year suspension period has expired, the guard is considered a new hire.

C. No waivers shall be granted regarding the testing policies and procedures.

## 11.4 **Weapons Training and Qualification**

A. Firearms qualifications will be monitored by an FPS COTR/Inspector. Qualification not monitored by a FPS official will not be deemed acceptable for the purposes of this contract.

B. The Contractor is responsible for providing forty (40) hours of weapons training prior to sending the Contract employees to a firing range for the initial range qualification test session. Of the forty hours, twenty-four (24) hours will be actual training/shooting time on a firing range.

C. The Contractor employee must carry the same weapon, identified by its serial number, with which they qualify on the firing range. The Contract employee must qualify using their duty ammunition.

D. For firearms training/qualification, all FPS security guards are required to wear their duty uniform to include footwear, issued gun belt, holster and keepers.

E. For the purposes of this Contract, the Government requires that each Contract employee who receives firearms training shall fire at least 500 rounds of ammunition during the course of range training. The Contractor shall factor into the offering price the cost of ammunition. Ammunition shall not be itemized or paid for separately by the Government.

F. Each firearms qualification "session" consists of no more than two (2) attempts to qualify. If unsuccessful, the second attempt must be completed immediately after the first attempt. A qualifying score is 80% or better. See Exhibit 5E. If the contract employee fails to qualify during the first session, the employee must attempt to qualify within 30 days at a second qualification session. Before attempting to qualify in the second qualification session, the Contractor must provide a minimum of eight (8) hours of remedial training. The Contractor is responsible in determining what training the employee will need to complete in order to

use of firearms and ammunition. All costs associated for the acquisition and maintenance of firearms, including all license and insurance fees, shall be borne by the Contractor.

2. Firearms shall be furnished by the contractor to equip each armed guard and supervisor with their own individually assigned firearm. Firearms shall be issued to each individual requiring a firearm and not to the post(s) to which they are assigned. All weapons must be new (not used or refurbished) and the property of the contractor.

3. The Contractor shall acquire and maintain an ample supply of appropriate cleaning products (i.e., cleaning solvents, lubricating oil, rods, brushes, patches, etc.). The Contractor must also provide applicable accessories such as clearing barrels, trigger locks, gun lockers, etc.

4. The Contractor shall provide all training for primary and any additional or intermediate weapons used under the contract.

5. Contractor equipment (Firearms) to be stored by the contractor off Federal property. The amount and type of ammunition, including additional rounds for contingency. The additional ammunition shall be provided, stored, and secured by the Contractor. Old duty ammunition will be periodically rotated with new ammunition.

6. The Contract employee shall inspect his/her issued firearm at the commencement of each tour of duty. Each firearm shall be cleaned and oiled in accordance with manufacturer specifications regularly to ensure optimum operating condition. All firearms will be loaded with approved ammunition, including one round in the chamber (if applicable), prior to the security guard's tour of duty.

7. The Contractor shall provide a list of serial numbers of firearms that will be present on the premises to the COTR prior to the Contract performance date. The list shall be kept current; any changes shall be documented and forwarded to the COTR within one (1) week of the change.

8. On-site supervisors and security guards shall account for all firearms.

### 15.2-3 Uniforms

A. As specified in Exhibit 2C, the Contractor will be required to furnish some or all of the types of uniform items. The cost of uniform items shall be factored into the contract price.

B. The Contractor's security guard force uniforms shall be a color and style in general use by large security guard or security organizations and shall be readily distinguishable from those of state, local, and FPS law enforcement personnel. All security guards performing under this Contract shall wear the same color and style of uniform and maintain a professional and neat appearance at all times during their tour of duty.

C. Security guards are expected to comply with standards for wear and care of uniform items in accordance with the SGIM (Security Guard Information Manual).

**15.2-4 <u>Supplementary Equipment</u>**

The Contractor will be required to furnish some or all of the types of supplementary equipment. Security guards shall not possess any unauthorized supplemental or personal equipment (e.g., equipment not issued by the Contractor or required by the Contracts). Security guards who are found to possess any unauthorized equipment while on post may be removed from the contract.

**16 <u>Regulations, Handbooks, and Other Applicable Documents</u>**

A. FPS regulations contain the basic procedures for the operation, maintenance, and protection of property. The primary regulations and related procedures to be followed by the Contractor are listed below. Supplementary regulations, which are provided to the Contractor by the CO or his/her authorized representative shall also be in effect and will be incorporated by Contract modification.

B. An Officer's Duty Book shall be furnished by the COTR and maintained by the Contractor at each post and shall contain complete duty instructions.

C. A separate loose-leaf binder shall be furnished by the COTR and maintained by the Contractor at each additional fixed post and will contain only those items of duty instructions pertinent to that specific post.

D. Officer's Duty Book, Post Orders, and any supplemental memoranda, directives, or other information is considered Sensitive But Unclassified/Law Enforcement Sensitive information. The Contractor and its employees are restricted from disclosing this or any other operational information to individuals outside of the FPS/Contractor community. The Officer's Duty Book shall not be removed from Government property, or reproduced or copied in any manner unless properly authorized, in writing, by the COTR.

E. Conduct on Federal Property (FMR 41 CFR 102-74) placards are posted in buildings under the charge and control of the General Services Administration and are applicable to all persons entering in or on such property.

F. Security Guard Information Manual (SGIM) handbook contains the information all security guards and supervisors must read and be familiar with prior to assuming duties under this Contract. The COTR shall give the Contractor one (1) electronic copy of this manual at the pre-performance meeting held shortly after Contract award. The Contractor shall provide to each uniformed Contract employee a legible, securely bound copy of the SGIM upon beginning the basic training course.